STATE OF CONNECTICUT *v.* TIMOTHY C. SHASHATY

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 387, is granted.

*John R. Williams,* in support of the petition.

*Steven M. Sellers,* deputy assistant state's attorney, in opposition.

Decided October 29, 1986

EARL EDWARD WILLAMETZ *v.* SUSI CONTRACTING COMPANY, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 1, is denied.

*Earl E. Willametz,* pro se, in support of the petition.

*Chester J. Bukowski, Jr.,* in opposition.

Decided October 29, 1986

RICHARD LAVOGUE *v.* CINCINNATI, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 9 Conn. App. 91, is denied.

*Richard S. Bartlett,* in support of the petition.

*Barry J. Waters,* in opposition.

Decided November 25, 1986

STATE OF CONNECTICUT *v.* JOEL B. MILLSTEIN

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 581, is denied.

*Howard A. Lawrence,* in support of the petition.

Decided November 25, 1986